# Court of Appeals
# of the State of Georgia

ATLANTA, March 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1440. MARQUET DONALD v. THE STATE.**

A jury convicted Marquet Donald of one count of burglary, three counts of armed robbery, two counts of aggravated assault, four counts of possession of a firearm during the commission of a crime, three counts of false imprisonment, and one count of theft by taking. This Court affirmed his convictions on direct appeal. *Donald v. State*, 312 Ga. App. 222 (718 SE2d 81) (2011). In July 2019, Donald filed a pro se motion for an out-of-time appeal. The trial court denied the motion, and he filed this appeal. However, we lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) (punctuation omitted). "Due to the very nature of an out-of-time appeal, it is not a remedy available to a criminal defendant whose conviction has been reviewed by an appellate court on direct appeal since that defendant is not entitled to a second direct appeal from his judgment of conviction." Id. Because Donald has had a direct appeal, he is not entitled to an out-of-time appeal, and the denial of his motion for an out-of-time appeal is not subject to appeal and must be dismissed. See id.; accord

*Brown v. State*, 296 Ga. App. 224, 224 (674 SE2d 91) (2009). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  03/16/2020
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*